CO-386
10/2018

# United States District Court
# For the District of Columbia

Hatice Cengiz and Democracy for the Arab     )
World Now, Inc.                               )
                                             )
                                             )
                          Plaintiff           )        Civil Action No._____
            vs                                )
Mohammed bin Salman et al.                    )
                                             )
                                             )
                                             )
                          Defendant           )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Democracy for the Arab World Now, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Democracy for the Arab World Now, Inc.__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__451956__                                    Keith M. Harper
BAR IDENTIFICATION NO.                        Print Name

                                              1099 New York Ave., Suite 900
                                              Address

                                              Washington, D.C.          20001
                                              City            State      Zip Code

                                              (202) 639-6045
                                              Phone Number