AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Hatice Cengiz, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1-20-cv-03009 (JDB) |
| Mohammed bin Salman bin Abdulaziz Al Saud, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant His Royal Highness Mohammed Bin Salman Bin Abdulaziz Al Saud, Crown Prince of the Kingdom of Saudi Arabia *

Date: 03/18/2021

/s/ Andrew C. Shen
*Attorney's signature*

Andrew C. Shen (500071)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
1615 M St., NW, Suite 400
Washington, DC 20036
*Address*

ashen@kellogghansen.com
*E-mail address*

(202) 326-7963
*Telephone number*

(202) 326-7999
*FAX number*

\* Reserving all of Defendant's defenses, including as to jurisdiction and service of process.