IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HATICE CENGIZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MOHAMMED BIN SALMAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-03009 |

## **DECLARATION OF ASIM GHAFOOR**

I, Asim Ghafoor, hereby declare as follows:

1. I am a board member for Democracy for the Arab World Now, Inc. ("DAWN"), a Plaintiff in the above-entitled matter, and have been affiliated with DAWN since its inception.

2. I was involved in the creation and initial establishment of DAWN.

3. On behalf of DAWN, I negotiated an agreement with Jamal Khashoggi for him to serve as the executive director of DAWN. The agreement was dated May 31, 2018. A true and correct copy of the agreement is attached as Exhibit A.

4. Under the advice of Mr. Khashoggi and on behalf of DAWN, I arranged to rent four suites located at 2200 Pennsylvania Avenue, NW (4034-4037) in Washington, D.C. to house DAWN's offices. This location served as DAWN's principal place of business for four months. However, budgetary shortfalls led to DAWN being evicted from these offices for nonpayment of rent. DAWN's staff have worked remotely since that time, also in part due to the COVID-19 pandemic, with the organization's headquarters temporarily located in Virginia. DAWN intends to move back into offices in Washington, D.C. once it is safe to do so.

5. The term of Mr. Khashoggi's agreement with DAWN was for one year, which was to be automatically renewed for subsequent one-year terms subject to fundraising targets and Mr. Khashoggi's guidance. Among other things, the agreement provided that Mr. Khashoggi would:

    i) Serve as DAWN's Executive Director;

    ii) Plan and execute staffing, fundraising and strategic direction;

    iii) Perform any other duties as may be assigned to him from time to time by the board of DAWN; and

    iv) Start work on June 1, 2018.

6. DAWN recognized that Mr. Khashoggi had an extraordinary skillset which would further the objectives of DAWN. Accordingly, the agreement acknowledged that Mr. Khashoggi had "skills and experience useful in the business of DAWN" and required Mr. Khashoggi to "use his best efforts to enhance and promote DAWN's business."

7. The contract negotiations occurred while Mr. Khashoggi was located in Washington, D.C. and while DAWN's offices were located in Washington, D.C.

8. The parties anticipated that Mr. Khashoggi would perform the bulk of the services under the contract in Washington, D.C.

9. Because the contract was negotiated while both parties were located in Washington, D.C. and Mr. Khashoggi intended to do his work in D.C., the contract specifies that it would be governed by D.C. law.

10. Prior to his killing, DAWN paid Mr. Khashoggi for the first three months of his initial term as Executive Director.

11. DAWN's operations and business interests were significantly impeded by Mr. Khashoggi's murder. Mr. Khashoggi's lifetime of experience working in the Arab World, along with his extensive professional network there, were irreplaceable.

12. DAWN's launch was delayed by two years as the organization worked to recover from this tremendous loss. DAWN was forced to search for and hire a new executive director. DAWN expended significant legal fees as it sought to clarify its options and potential remedies.

13. Most significantly, however, DAWN was denied the opportunity to benefit from Mr. Khashoggi's invaluable experience, skillset, and network.

14. DAWN's capacity to fundraise and maintain its operations was also significantly impeded by Mr. Khashoggi's murder. Mr. Khashoggi's murder caused significant budgetary shortfalls for DAWN because donors reneged on commitments to financially support DAWN due to fear of retribution from the Defendants in this case.

15. Several donors told me they understood Mr. Khashoggi's killing to have been a consequence of his role at DAWN. As such, they were fearful of associating with DAWN in any way.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 10, 2021.

_____
Asim Ghafoor