IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HATICE CENGIZ, *et al.*,

   *Plaintiffs*,

   v.

MOHAMMED BIN SALMAN, *et al.*,

   *Defendants*.

Civil Action No. 1:20-cv-03009

## DECLARATION OF JOHN DOE

I, anonymously, declare as follows:

1. I am a citizen of a country within the Middle East and North Africa ("MENA") region and currently reside there. I am a professor of Islamic Studies.

2. I met Jamal Khashoggi in 2015 at a conference on MENA issues. We became friends quickly and maintained contact through texts and telephone calls consistently thereafter, both while Mr. Khashoggi lived in Saudi Arabia and then once he was forced to relocate to the United States.

3. On the last day of Ramadan in 2017, Mr. Khashoggi told me he left Saudi Arabia for the United States because he learned he was on a list of individuals the Saudi government wanted to capture. He knew if he stayed in Saudi Arabia he would be forced to write articles in support of the Saudi regime or face serious repercussions.

4. Once Mr. Khashoggi arrived in the United States, I called to offer him support and we then communicated regularly. In one of these conversations, he told me that he had received a call from Saud Al-Qahtani asking him to return to Saudi Arabia for a position with the

1

Scanned with CamScanner

Saudi government. Al-Qahtani told him that if he did so he would not be arrested. Mr. Khashoggi countered the offer by asking to remain in the United States for one year and to be able to write within the same parameters he had written in during King Abdullah's reign. Al-Qahtani relayed to Mr. Khashoggi that he would check with his superiors and contact him with an answer, but Al-Qahtani never called him again.

5. I was in the United States in the fall of 2017, and stayed with Mr. Khashoggi at his home in Vienna, Virginia. During this trip, I attended multiple lectures and meetings on MENA issues with Mr. Khashoggi.

6. Also during that visit, Mr. Khashoggi asked me to accompany him to the Saudi Embassy in Washington D.C. Mr. Khashoggi said he needed to go to the Embassy to sign documentation related to his divorce. This was the first time Mr. Khashoggi had visited the Saudi Embassy since arriving in the United States and he asked me to accompany him out of concern for how he would be treated. We rode to the Embassy together in an Uber on November 17, 20, 21, or 22 of 2017. I personally observed Mr. Khashoggi entering the Embassy. I waited for Mr. Khashoggi to conclude his meetings at the Embassy.

7. After about thirty minutes, Mr. Khashoggi returned from his meeting. He told me he refused to sign the document because it stated that the cause of the divorce was "the actions of Jamal Khashoggi against the government of Saudi Arabia."

8. When Mr. Khashoggi later went to the Embassy again in order to sign the amended divorce papers, he told me he met with Ambassador Prince Khalid bin Salman.

9. In our many conversations, Mr. Khashoggi told me about the formation of Democracy for the Arab World Now ("DAWN"). Mr. Khashoggi discussed the creation of DAWN with

2

Scanned with CamScanner

many members of the Saudi community making it nearly impossible that the Saudi government was not aware of Mr. Khashoggi's participation in DAWN.

10. I spent approximately five days with Mr. Khashoggi in Istanbul leading up to September 27, 2018. I was in Istanbul for a conference. During this trip, I met Hatice Cengiz for the first time.

11. While in Istanbul, Mr. Khashoggi asked me to accompany him to the Saudi Consulate because he believed he needed to go there to obtain a document in order to marry Cengiz in Turkey. I told Mr. Khashoggi that I was scheduled to depart Turkey on September 27th and that I was not able to change my flight in order to accompany him.

12. My last contact with Mr. Khashoggi was via "WhatsApp" on October 2, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 14, 2021.

John Doe

Scanned with CamScanner