IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HATICE CENGIZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MOHAMMED BIN SALMAN, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-03009 |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit this filing to inform the Court of the D.C. Circuit's recent decision in *De Csepel v. Republic of Hungary*, No. 20-7047 (D.C. Cir. Mar. 8, 2022), which is Exhibit A to this filing.

In Plaintiffs' opposition to Defendants' motions to dismiss, Plaintiffs relied on the underlying district court decision in *De Csepel* for the proposition that this case could proceed in Saudi Arabia's absence under Federal Rule of Civil Procedure 19(b). *See* Dkt. 27 at 40-42.

The D.C. Circuit has now affirmed the district court's decision. The D.C. Circuit concluded that although Hungary was immune from suit and had a proprietary interest in the artworks at issue in the litigation, the action could still proceed in Hungary's absence under Rule 19(b)'s four-factor test. Ex. A at 17, 19. Applying Rule 19(b)(1), the D.C. Circuit explained that "[i]f a party remaining in the case is both capable of and interested in representing the interests of the absent party, the party's exit or exclusion from the suit exposes it to no additional risk of an adverse decision." *Id.* at 19. The D.C. Circuit emphasized that "Hungary's interests are closely aligned with those of the remaining defendants in this litigation." *Id.* The D.C. Circuit

1

also held that the remaining Rule 19(b) factors supported permitting the action to proceed.  *Id.* at 26-27.  The D.C. Circuit's reasoning supports Plaintiffs' argument that this case may proceed in Saudi Arabia's absence.  *See* Dkt. 27 at 40-42.

| | |
|---|---|
| Dated: March 10, 2022 | Respectfully submitted, |
| | /s/ *Keith M. Harper* |
| | Keith M. Harper (D.C. Bar 451956) |
| | Adam G. Unikowsky (D.C. Bar 989053) |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue NW, Suite 900 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 639-6045 |
| | |
| | Faisal Gill (D.C. Bar 497312) |
| | GILL LAW FIRM |
| | 1155 F. Street NW, Suite 1050 |
| | Washington D.C. 20005 |
| | Telephone: (202) 570-8223 |
| | |
| | *Counsel for Plaintiffs Hatice Cengiz and Democracy for the Arab World Now, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk using the CM/ECF filing system, which sent notice of filing to all counsel of record.

/s/ *Keith M. Harper*
Keith M. Harper (D.C. Bar 451956)

*Counsel for Plaintiffs Hatice Cengiz and Democracy for the Arab World Now, Inc.*