IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HATICE CENGIZ**, *et al.*, | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-03009 |
| | ) | |
| **MOHAMMED BIN SALMAN**, *et al.*, | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

**NOTICE OF SAUD AL-QAHTANI AND AHMED AL-ASSIRI
OF ADOPTING THE CROWN PRINCE'S RESPONSE
TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY**

    Defendants Saud Al-Qahtani and Ahmed Al-Assiri, by counsel, hereby adopt His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud's Response to Plaintiff's Notice of Supplemental Authority, ECF No. 37.

                              Respectfully submitted,

                              /s/
                              Barry J. Pollack (DC Bar #434513)
                              Law Offices of Barry J. Pollack, LLC
                              1629 K Street, N.W., Suite 300
                              Washington, DC 20006
                              202-230-9647
                              barryjpollack@gmail.com

                              /s/
                              Jessica N. Carmichael (DC Bar #998952)
                              CARMICHAEL ELLIS & BROCK, PLLC
                              108 N. Alfred Street, 1st FL
                              Alexandria, Virginia 22314
                              (703) 684-7908
                              jessica@carmichaellegal.com

                              *Counsel for Saud Al-Qahtani and Ahmed Al-Assiri*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14 day of March, 2022, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                        _____/s/_____
                                         Jessica N. Carmichael