UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HATICE CENGIZ, et al.**<br>       Plaintiffs,<br><br>    v.<br><br>**MOHAMMED BIN SALMAN, et al.**<br>       Defendants. | Civil Action No. 20-3009 (JDB) |

## ORDER

Pending before the Court are two motions to dismiss, one filed by defendant Mohammed Bin Salman and one filed jointly by defendants Saud Al-Qahtani and Ahmed Al-Assiri.  See Def. Mohammed Bin Salman Bin Abdulaziz Al Saud's Mot. to Dismiss [ECF No. 21]; Mot. of Saud Al-Qahtani & Ahmed Al-Assiri to Dismiss the Compl. Against Them [ECF No. 22].  Both motions ask the Court to dismiss plaintiffs' complaint, contending, among other things, that the Court lacks subject-matter jurisdiction over this action and that it lacks personal jurisdiction over the defendants.  The motions are fully briefed, and the Court will hold a hearing on the motions at 9:30 AM on August 31, 2022.  In the Court's view, some of the grounds for dismissal advanced by defendants might implicate the interests of the United States; moreover, the Court's resolution of defendants' motions might be aided by knowledge of the United States' views.

Accordingly, upon consideration of the pending motions to dismiss, and the entire record herein, the United States is hereby

**INVITED**, pursuant to 28 U.S.C. § 517, to submit a statement of interest regarding any issue in this case, but particularly with respect to: the applicability of the act-of-state doctrine in this case and that doctrine's interaction with the cause of action created by the Torture Victim Protection Act of 1991, Pub. L. No. 102-256, § 2(a), 106 Stat. 73, 73 (1992) (codified at 28 U.S.C. § 1350 note); the applicability of head-of-state immunity in this case; and the sovereign interests


of the Kingdom of Saudi Arabia that might be impaired should this case proceed without its participation; it is further

**ORDERED** that the United States shall file with this Court, by not later than August 1, 2022, either a statement of interest in this case or notice that it does not intend to make such a statement; and it is further

**ORDERED** that, if the United States does file a statement of interest, the parties may respond to said statement by not later than August 16, 2022.

/s/
JOHN D. BATES
United States District Judge

Dated: July 1, 2022