AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| HATICE CENGIZ, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-3009 (JDB) |
| MOHAMMED BIN SALMAN, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 07/18/2022

/s/ James R. Powers
*Attorney's signature*

James R. Powers (TX Bar No. 24092989)
*Printed name and bar number*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Address*

james.r.powers@usdoj.gov
*E-mail address*

(202) 353-0543
*Telephone number*

(202) 616-8460
*FAX number*