KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

July 20, 2022

*Via ECF*

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

    Re:    *Cengiz et al. v. Bin Salman et al.*, Case No. 1:20-cv-03009-JDB

Dear Judge Bates,

    Pursuant to the Court's July 18, 2022 Minute Order, the parties file this joint statement expressing their view that the motions hearing currently scheduled for August 31, 2022 should be postponed to a date after the October 3, 2022 deadline for the United States to file a statement of interest. The parties propose the week of October 31, 2022 for the rescheduled hearing.

                             Respectfully submitted,

                             /s/ *Michael K. Kellogg*

                             Michael K. Kellogg
                             *Counsel for Mohammed bin Salman bin*
                             *Abdulaziz Al Saud*

                             /s/ *Barry J. Pollack*

                             Barry J. Pollack
                             *Counsel for Saud Al Qahtani & Ahmed Al*
                             *Assiri*

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable John D. Bates
July 20, 2022
Page 2

/s/ *Adam G. Unikowsky*

Adam G. Unikowsky
*Counsel for Hatice Cengiz & Democracy for the Arab World Now, Inc.*

cc: All Counsel of Record (via ECF)