IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HATICE CENGIZ, *et al.*, ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. 20-3009 (JDB) |
| ) ) | |
| MOHAMMED BIN SALMAN, *et al.*, ) ) | |
| Defendants. ) ) | |

## NOTICE BY THE UNITED STATES AND SECOND REQUEST FOR EXTENSION OF TIME

On July 1, 2022, the Court entered an order inviting the United States to submit a statement of interest pursuant to 28 U.S.C. § 517[1] "regarding any issue in this case, but particularly with respect to" a set of issues regarding foreign official and sovereign immunity and the application of the act-of-state doctrine. Order at 1, ECF No. 39. The Court ordered the United States to file by August 1, 2022, its statement of interest or a notice that it does not intend to make such a statement. *Id.* at 2. On July 18, 2022, the United States filed a notice of potential participation and unopposed request for extension of time to file any statement of interest. The Court granted that request, re-setting the United States' deadline to October 3, 2022.

The United States appreciates the Court's invitation and the additional time the Court afforded the United States to consider its views. The United States requires additional time to consider the issues in this case due to recent factual developments relevant to the Court's July 1, 2022 Order. Specifically, on September 27, 2022, the Saudi Press Agency announced the issuance

---

[1] 28 U.S.C. § 517 authorizes the Attorney General to send any officer of the Department of Justice "to attend to the interests of the United States in any suit pending in a court of the United States, or in a court of a State, or to attend to any other interests of the United States."

of several decrees by King Salman bin Abdulaziz Al Saud, including one naming Crown Prince Mohammed bin Salman as the Prime Minister of the Kingdom of Saudi Arabia. *See Three Royal Orders Issued*, Saudi Press Agency (Sept. 27, 2022), https://www.spa.gov.sa/viewfullstory.php?lang=en&newsid=2387811.

In light of these changed circumstances, the United States requests a second extension of time of 45 days to prepare its response to the Court's invitation.

The United States appreciates the Court's patience and consideration in this matter.

Dated:  September 30, 2022                    Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              ALEXANDER K. HAAS
                                              Director

                                              ANTHONY J. COPPOLINO
                                              Deputy Director

                                              */s/ James R. Powers*
                                              JAMES R. POWERS (TX Bar No. 24092989)
                                              Trial Attorney
                                              U.S. Department of Justice,
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW
                                              Washington, DC 20005
                                              Telephone: (202) 353-0543
                                              Fax: (202) 616-8460
                                              Email: james.r.powers@usdoj.gov

                                              *Counsel for the United States*