IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HATICE CENGIZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, <br><br> *Defendants*. | Case No. 20-CV-03009-JDB |

## DECLARATION OF MICHAEL K. KELLOGG IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY

I, Michael K. Kellogg, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1. I respectfully submit this Declaration in Support of Defendant Mohammed bin Salman bin Abdulaziz Al Saud's Notice of Supplemental Authority.

2. I am a partner at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud ("the Crown Prince") in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3. Attached as Exhibit A is a true and correct copy of Royal Order A/61, issued on September 27, 2017 (1/3/1444 Hijri), appointing the Crown Prince as Prime Minister of the Kingdom of Saudi Arabia, and a certified translation of the same.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 3, 2022
Washington, D.C.

                                                      Michael K. Kellogg