# Exhibit A

Civil Action No. 1:20-CV-03009 (JDB)



### COUNTY OF SUFFOLK
### COMMONWEALTH OF MASSACHUSETTS

September 29, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

رقم السامي ( أ 61 ).pdf

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

In the name of Allah the Merciful

There is no god but Allah, and Muhammad is his messenger

King of Saudi Arabia

Number: A / 61

Date: 1 / 3 / 1444 Hijri [27 September 2022]

With God's help

We, Salman bin Abdulaziz Al Saud, King of Saudi Arabia

After perusal of the Basic Law of Governance, issued by Royal Decree No. (A / 90) dated 27/8/1412 AH [02 March 1992]

And after perusal of the Council of Ministers Law, issued by Royal Decree No. (A / 13) dated 3/3/1414 AH [21 August 1993]

## We decreed the following

First: His Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud, the Crown Prince, shall be the Prime Minister, an exception from the provision of Article 56 of the Basic Law of Governance and from the relevant provisions contained in the Council of Ministers Law.

Second: The sessions of the Council of Ministers that we attend shall be chaired by us.

Third: Our decree is reported to the competent authorities for approval and implementation.


[*signature*]

Salman bin Abdulaziz Al Saud




الرقــم: ٦١/أ
التاريخ: ١٤٤٤/٣/١هـ

بعون اللـــه تعـالـــى

نحـــن سلمــــان بـــن عبدالعزيـــــز آل سعـــــــود

ملــك المملكـــــــة العربيــــة السعوديــــة

بعـد الاطــلاع علــى النظـام الأساسـي للحكـم، الصـادر بـالأمر الملكـي رقــم (٩٠/أ) بتاريخ ٢٧/٨/١٤١٢هـ.

وبعد الاطلاع على نظام مجلس الوزراء، الصادر بالأمر الملكي رقم (١٣/أ) بتاريخ ١٤١٤/٣/٣هـ.

أمرنا بما هو آت:

أولاً       : يكون صاحب السمو الملكي الأمير/ محمد بـن سـلمان بـن عبـدالعزيز آل سـعود ولي العهد رئيساً لمجلس الوزراء ؛ استثناءً من حكم المادة (السادسة والخمسين) من النظام الأساسي للحكم، ومن الأحكام ذوات الصلة الواردة في نظام مجلس الوزراء.

ثانيا      : تكون جلسات مجلس الوزراء التي نحضرها برئاستنا.

ثالثاً      : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود