# Exhibit A

Civil Action No. 1:20-CV-03009 (JDB)



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

September 23, 2022

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Turkish» into «English» of the attached document:

«2020-120 Kaşıkçı»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*
Benardette McEvoy
Principal Account Manager
Linguistic Systems

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

REPUBLIC OF TURKIYE
ISTANBUL REGIONAL COURT OF JUSTICE
1ST CRIMINAL COURT

**DISMISSAL WITH PREJUDICE**

**DECISION ON APPEAL "IN THE NAME OF THE TURKISH NATION"**

| | |
|---|---|
| **Case No** | : 2022/1225 |
| **Decision No** | : 2022/1146 |

**THE DECISION TO BE REVIEWED:**

| | |
|---|---|
| **COURT** | : İstanbul 11th High Criminal Court |
| **DATE** | : 06/17/2022 (Supplemental Decision) |
| **NO** | : 2020/120 (E) and 2022/190 (K) |
| **DECEASED** | : JAMAL AHMID H. KHASHOGGI, Born on 01/22/1958 in MEDINA |
| **INTERVENING PARTY** | : HATİCE CENGİZ. Turkish ID No:39274016608 |
| **REPRESENTED BY** | : Attorney GÖKMEN BAŞPINAR |
| **DEFENDANTS** | 1-ABDULAZİZ MOHAMMED M. ALHAWSAWI, 1987 Born in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney İSMAİL DURMAZ |
| | 2-AHMED ABDULLAH A. ALMUZAINI, born in 1970 Born in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney FATMA NUR GÜNEŞ OKUTAN |
| | 3-AHMET BIN MUHAMMED EL ASIRI, Born in 1950 in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney HİKMET TOPAL |
| | 4- BADR LAFİ M. ALOTAIBI, Born in SAUDI ARABIA. |
| **REPRESENTED BY** | : Attorney SEDA BAYDERE |
| | 5- FAHAD SHABİB A. ALBALAWI, Born in 1985 in SAUDI ARABİA |
| **REPRESENTED BY** | : Attorney UYGAR YAZIR DEMİR |
| | 6- KHALİD AEDH G. ALOTAIBI, Born in 1988 in SAUDI ARABİA |
| **REPRESENTED BY** | : Attorney HİLMİ GÖÇER |
| | 7-MAHER ABDULAZİZ M. MUTREB, Born in 1971 in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney SİBEL EKER |
| | 8-MANSOUR OTHMAN M. ABAHUSSAIN, Born in 1972 in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney TOLGA İLKAY AK |
| | 9-MESHAL SAAD M. ALBOSTANI, Born in 1987 in SAUDI ARABİA. |
| **REPRESENTED BY** | : Attorney AYBÜKE SANDIKÇI |
| | 10- MOHAMMED SAAD H. ALZAHRANI, Born in 1988 in SAUDI ARABIA |
| **REPRESENTED BY** | : Attorney YAKUP EMRE TOKAN |

1

|  |  |
|---|---|
|  | 11- **MUFLİH SHAYA M. AL MUSLIH,** Born in 1987 in SAUDI ARABIA |
| REPRESENTED BY | : Attorney NAZLI YALÇIN |
|  | 12- **MUSTAFA MOHAMMED M. ALHAWSAWI,** Born in 1961 in SAUDI ARABIA lives at his address. |
| REPRESENTED BY | : Attorney NİHAL SÖZÜER ŞANAL |
|  | 13- **NAİF HASAN S. ALARIFI**, Born in 1986 in SAUDI ARABİA |
| REPRESENTED BY | : Attorney MİNE ZEYNEP ARSLANGÜNDOĞDU |
|  | 14- **SAAD MUİD ALQARNI**, Born in 1980 in SAUDI ARABIA |
| REPRESENTED BY | : Attorney ESMA ÖZOĞLU |
|  | 15- **SAİF SAAD Q. ALQAHTANI**, Born in 1973 in SAUDI ARABİA |
| REPRESENTED BY | : Attorney SEVGİ BİTER |
|  | 16- **SALAH MOHAMMED A. TUBAIGY,** Born in 1971 Born in SAUDI ARABIA |
| REPRESENTED BY | : Attorney NECAT ZANYAR |
|  | 17- **SAUD AL KAHTANI,** Born in 1978 in RİYADH, |
| REPRESENTED BY | : Attorney GÜLNİHAL GÖZDE CHOUSEIN |
|  | 18- **SULTAN YAHYA A. ABDULBARI**, Son of Yahya and Khadijah, born on 05/20/1984 in RIYADH TURKISH ID No:99746906448 |
| REPRESENTED BY | : Attorney MELİZ DÖNMEZ |
|  | 19- **THAAR GHALEB T. ALHARBI**, Born in 1979 in SAUDI ARABİA |
| REPRESENTED BY | : Attorney TAMER YILMAZ |
|  | 20- **TURKİ MUSHARRAF M. ALSHEHRI,** Born in 1982 in SAUDI ARABIA |
| REPRESENTED BY | : Attorney EGE CAN GÜNDOĞDU |
|  | 21- **WALEED ABDULLAH M. ALSHEHRI,** Born in 1980 in SAUDI ARABIA |
| REPRESENTED BY | : Attorney MEHMET ERUSTA |
|  | 22- **YASİR KHALİD M. BİN SALMAN**, Son of Khalid and Sara, Born on 05/22/1986 in RIYADH. Turkish ID No:99587447384 |
| REPRESENTED BY | : Attorney YUSUF AKIN |
|  | 23- **AHMED ABDULAZİZ M. ALJANOBİ,** Born on 07/26/1968 in SAUDI ARABIA |
|  | 24- **KHALİD YAHYA M. ALZAHRANİ,** Born on 11/18/1978 in SAUDI ARABIA |
|  | 25- **MOHAMMED İBRAHİM A. ALZAID** Born on 11/18/1963 in SAUDI ARABIA |
|  | 26- **OBAİD GHAZİ A. ALSAADI,** Born on 07/10/1975 in SAUDI ARABIA |
| **CRIME** | : Heinous or Torturous Homicide, Destroying, Hiding or Altering the Evidence of the Crime, |
| **DATE OF CRIME** | : 10.02.2018 - 10.10.2018 |
| **PLACE OF CRIME** | : ISTANBUL |
| **DECISIONS** | : Dismissal (Supplementary Decision) |
| **APPELLANT** | : On behalf of the intervening party Hatice Cengiz, Her Attorney Gökmen Başpinar - 07.04.2022 |

2

The case filed has been examined for the following defendants, who are charged with intentional homicide in the first degree, Abdulaziz Mohammed M. Alhawsawi, Ahmed Abdullah A. Almuzaini, Ahmet Bin Muhammed El Asiri, Badr Lafi M. Alotaibi, Fahad Shabib A. Albalawi, Khalid Aedh G. Alotaibi, Maher Abdulaziz M. Mutreb, Mansour Othman

M. Abahussain, Meshal Saad M. Albostani, Mohammed Saad H. Alzahrani, Muflih Shaya M. Al Muslih, Mustafa Mohammed M. Almadani, Naif Hasan S. Alarifi, Saad Muid Alqarni, Saif Saad Q. Alqahtani, Salah Mohammed A. Tubaigy, Saud Al Kahtani, Sultan Yahya A. Abdulbari, Thaar Ghaleb T. Alharbi, Turki Musharraf M. Alshehri, Waleed Abdullah M. Alshehri, Yasir Khalid M. Bin Salman, Ahmed Abdulaziz M. Aljanobi, Khalid Yahya M. Alzahrani, Mohammed İbrahim A. Alzaid, Obaid Ghazi A. Alasaadi that was sent to our Court by the appeal of the attorney of Intervening Hatice Cengiz based on the supplementary decision of the İstanbul 11th High Crimes Court dated 06.17.2022 with Case No: 2020/120 and Decision No: 2022/190, and the court has considered that;

A decision has been rendered to stop the trial and to turn over the case file to the judicial authorities of the Kingdom of Saudi Arabia by the supplementary decision of the İstanbul 11th High Crimes Court dated 04.07.2022 with Case No: 2020/120 and Decision No: 2022/190 and pursuant to article 24/4 of the Law of International Judicial Cooperation on Criminal Cases, Law No. 6706; and that an appeal has been filed on 04.14.2022 against this decision by the attorney of the intervening party Hatice Cengiz, attorney Gökmen Başpinar; and that a decision was rendered by the court of appeal, the Istanbul 12th High Crimes Court, to dismiss the appeal by the attorney of the intervening party by its decision dated 04.20.2022 and 2022/332 miscellanies work No., and the order has been finalized on 04.20.2022;

And that the attorney of the intervening party, Gökmen Başpinar, has filed a request with the Office of the Chief Prosecutor for the High Court of Appeals through a request dated 04.28.2022 for reversing the decision of 12th High Crimes Court dated 04.20.2022 and 2022/332 miscellanies work No for the reasons in the interest of the public; and that an opinion has been rendered by the Ministry of Justice, General Directorate of Criminal Matters through their written correspondence on 05.26.2022 in favor of a decision for not rendering a decision of reversal in the interest of the public.

Subsequently, the case file has been transferred to the judicial authorities of the Kingdom of Saudi Arabia, and the Office of the Chief Prosecutor of the Kingdom of Saudi Arabia has notified the Istanbul 11th High Crimes Court through its correspondence dated 05.31.2022 and No. 114955/S that an order has been issued on the case by the 1st Joint Court of the Riyadh Criminal Court of the Kingdom of Saudi Arabia dated 05.30.2022 with order no. 4111995570 and upon the fact that order has been finalized;

It has been understood that the Istanbul 11th High Crimes Court has reviewed the case file and rendered a supplementary decision on 06.17.2022 to dismiss all public legal charges filed against the defendants with the evidential support of Article 24/4 of Law No. 6706 and pursuant to article 223/8 of the Law of Procedures in Criminal Trials;

Based upon the entirety of the case file reviewed, it has been further understood that there has not been any procedural errors or violation of the constitution in the supplementary decision rendered by the Court of first instance dated 06.17.2022, and the causes of appeal submitted by the attorney of the intervening party stating that the supplementary decision rendered by the court of first instance were in violation of the procedures and the laws were not found to be sufficient, and the **APPEAL BY** attorney of the intervening party regarding the supplementary decision dated 06.17.2022 **HAS BEEN DENIED WITH PREJUDICE** pursuant to article 276/2 of the Law of Procedures in Criminal Trials Law No. 5271,

This decision has been rendered unanimously and entered as the **FINAL** order pursuant to article 286/2-h of the Law of Procedures in Criminal Trials Law on **09.08.2022**.

| **CHIEF JUDGE 107606**<br>**M. ÖZER** | **MEMBER JUDGE**<br>**108875 A.**<br>**MAHNAOĞLU** | **MEMBER JUDGE**<br>**119125 M. OKAN**<br>**YÜZER** |
|---|---|---|
| *e-signed.* | *e-signed.* | *e-signed.* |

*Cross-checked.*
*Chief,*
*Secretary of*
*the Court*
*U.K*

3

T.C.
İSTANBUL
BÖLGE ADLİYE MAHKEMESİ
1. CEZA DAİRESİ

ESASTAN RED

## "TÜRK MİLLETİ ADINA"
## İSTİNAF KARARI

**Esas No** : 2022/1225
**Karar No** : 2022/1146

**İNCELENEN KARARIN;**
**MAHKEMESİ** : İstanbul 11. Ağır Ceza Mahkemesi
**TARİHİ** : 17/06/2022 (Ek Karar)
**NUMARASI** : 2020/120 (E) ve 2022/190 (K)

**MAKTUL** : **JAMAL AHMID H. KHASHOGGI,** 22/01/1958 MEDİNE doğumlu.
**KATILAN** : **HATİCE CENGİZ.** TC Kimlik No:39274016608
**VEKİLİ** : Av. GÖKMEN BAŞPINAR
**SANIKLAR** **1-ABDULAZİZ MOHAMMED M. ALHAWSAWI,** 1987 SUUDİ ARABİSTAN doğumlu
**MÜDAFİİ** : Av. İSMAİL DURMAZ
**2-AHMED ABDULLAH A. ALMUZAINI,** 1970 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. FATMA NUR GÜNEŞ OKUTAN
**3-AHMET BIN MUHAMMED EL ASIRI,** 1950 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. HİKMET TOPAL
**4- BADR LAFİ M. ALOTAIBI,** SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. SEDA BAYDERE
**5- FAHAD SHABİB A. ALBALAWI**, 1985 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. UYGAR YAZIR DEMİR
**6- KHALİD AEDH G. ALOTAIBI,** 1988 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. HİLMİ GÖÇER
**7-MAHER ABDULAZİZ M. MUTREB,** 1971 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. SİBEL EKER
**8-MANSOUR OTHMAN M. ABAHUSSAIN,** 1972 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. TOLGA İLKAY AK
**9-MESHAL SAAD M. ALBOSTANI,** 1987 SUUDİ ARABİSTAN doğumlu.
**MÜDAFİİ** : Av. AYBÜKE SANDIKÇI
**10-MOHAMMED SAAD H. ALZAHRANI,**1988 SUUDİ ARABİSTAN doğumlu,
**MÜDAFİİ** : Av. YAKUP EMRE TOKAN

1

|  |  |
|---|---|
|  | **11-MUFLİH SHAYA M. AL MUSLIH,** 1987 SUUDİ ARABİSTAN doğumlu. |
| **MÜDAFİİ** | : Av. NAZLI YALÇIN |
|  | **12-MUSTAFA MOHAMMED M. ALMADANI,** 1961 SUUDİ ARABİSTAN doğumlu adresinde oturur. |
| **MÜDAFİİ** | : Av. NİHAL SÖZÜER ŞANAL |
|  | **13-NAİF HASAN S. ALARIFI,** 1986 SUUDİ ARABİSTAN doğumlu. |
| **MÜDAFİİ** | : Av. MİNE ZEYNEP ARSLANGÜNDOĞDU |
|  | **14-SAAD MUİD ALQARNI**, 1980 SUUDİ ARABİSTAN doğumlu |
| **MÜDAFİİ** | : Av. ESMA ÖZOĞLU |
|  | **15-SAİF SAAD Q. ALQAHTANI,** 1973 SUUDİ ARABİSTAN doğumlu |
| **MÜDAFİİ** | : Av. SEVGİ BİTER |
|  | **16-SALAH MOHAMMED A. TUBAIGY,** 1971 SUUDİ ARABİSTAN doğumlu. |
| **MÜDAFİİ** | : Av. NECAT ZANYAR |
|  | **17-SAUD AL KAHTANI,** 1978 RİYAD doğumlu, |
| **MÜDAFİİ** | : Av. GÜLNİHAL GÖZDE CHOUSEIN |
|  | **18-SULTAN YAHYA A. ABDULBARI**, Yahya ve Khadijah oğlu, 20/05/1984 RİYADH doğumlu TC Kimlik No:99746906448 |
| **MÜDAFİİ** | :  Av. MELİZ DÖNMEZ |
|  | **19-THAAR GHALEB T. ALHARBI,** 1979 SUUDİ ARABİSTAN doğumlu |
| **MÜDAFİİ** | : Av. TAMER YILMAZ |
|  | **20-TURKİ MUSHARRAF M. ALSHEHRI,** 1982 SUUDİ ARABİSTAN doğumlu. |
| **MÜDAFİİ** | : Av. EGE CAN GÜNDOĞDU |
|  | **21-WALEED ABDULLAH M. ALSHEHRI,** 1980 SUUDİ ARABİSTAN doğumlu. |
| **MÜDAFİİ** | : Av. MEHMET ERUSTA |
|  | **22-YASİR KHALİD M. BİN SALMAN**, Khalid ve Sara oğlu, 22/05/1986 RİYAD doğumlu. TC Kimlik No:99587447384 |
| **MÜDAFİİ** | : Av. YUSUF AKIN |
|  | **23-AHMED ABDULAZİZ M. ALJANOBİ,** 26/07/1968 SUUDİ ARABİSTAN doğumlu |
|  | **24-KHALİD YAHYA M. ALZAHRANİ,** 18/11/1978 SUUDİ ARABİSTAN doğumlu. |
|  | **25-MOHAMMED İBRAHİM A. ALZAID** 18/11/1963 SUUDİ ARABİSTAN doğumlu. |
|  | **26-OBAİD GHAZİ A. ALASAADİ,** 10/07/1975 SUUDİ ARABİSTAN doğumlu. |
| **SUÇ** | :Canavarca Hisle veya Eziyet Çektirerek Öldürme, Suç Delillerini Yok Etme, Gizleme veya Değiştirme |
| **SUÇ TARİHİ** | : 02.10.2018 - 10.10.2018 |
| **SUÇ YERİ** | : İSTANBUL |
| **HÜKÜMLER** | : Düşme (Ek Karar) |
| **İSTİNAF BAŞVURUSUNDA BULUNAN** | :Katılan  Hatice Cengiz Vekili Av. Gökmen Başpınar - 04.07.2022 |

2

Nitelikli kasten öldürme suçundan sanıklar Abdulaziz Mohammed M. Alhawsawı, Ahmed Abdullah A. Almuzaını, Ahmet Bın Muhammed El Asırı, Badr Lafi M. Alotaıbı, Fahad Shabib A. Albalawı, Khalid Aedh G. Alotaıbı, Maher Abdulaziz M. Mutreb, Mansour Othman M. Abahussaın, Meshal Saad M. Albostanı, Mohammed Saad H. Alzahranı, Muflih Shaya M. Al Muslıh, Mustafa Mohammed M. Almadanı, Naif Hasan S. Alarıfı, Saad Muid Alqarnı, Saif Saad Q. Alqahtanı, Salah Mohammed A. Tubaıgy, Saud Al Kahtanı, Sultan Yahya A. Abdulbarı, Thaar Ghaleb T. Alharbı, Turki Musharraf M. Alshehrı, Waleed Abdullah M. Alshehrı, Yasir Khalid M. Bin Salman, Ahmed Abdulaziz M. Aljanobi, Khalid Yahya M. Alzahrani, Mohammed İbrahim A. Alzaıd, Obaid Ghazi A. Alasaadi haklarında İstanbul 11. Ağır Ceza Mahkemesince verilen 17.06.2022 tarih 2020/120 esas - 2022/190 karar sayılı ek kararı yönelik olarak; Katılan Hatice Cengiz vekili tarafından istinaf yoluna başvurulmakla Dairemize gönderilen dava dosyası incelendi, gereği düşünüldü;

İstanbul 11. Ağır Ceza Mahkemesi'nin 07.04.2022 tarih 2020/120 esas - 2022/190 karar sayılı kararı ile 6706 Sayılı Cezai Konularda Uluslararası Adli İş Birliği Kanunu'nun 24/4 maddesi uyarınca yargılamanın durmasına ve dosyanın Suudi Arabistan Krallığı adli makamlarına devredilmesine karar verildiği, bu karara karşı katılan Hatice Cengiz vekili Av. Gökmen Başpınar tarafından 14.04.2022 tarihli dilekçe ile itiraz edildiği, itiraz merci olan İstanbul 12. Ağır Ceza Mahkemesi'nin 20.04.2022 tarih ve 2022/332 değişik iş sayılı kararı ile katılan vekilinin itirazın reddine karar verilerek hükmün 20.04.2022 tarihinde kesinleştiği,

Katılan vekili Av. Gökmen Başpınar'ın 28.04.2022 tarihli dilekçesi ile İstanbul 12. Ağır Ceza Mahkemesi'nin 20/04/2022 tarih ve 2022/332 değişik iş sayılı kararına karşı Yargıtay Cumhuriyet Başsavcılığı'na kanun yararına bozma talebinde bulunduğu, Adalet Bakanlığı Ceza İşleri Genel Müdürlüğü'nün 26.05.2022 tarihli yazıları ile kanun yararına bozma yoluna gidilmediği hususunda görüş bildirildiği görülmüştür.

Dosyanın Suudi Arabistan Krallığı adli makamlarına devrine karar verildikten sonra Suudi Arabistan Krallığı Riyad Ceza Mahkemesi 1. Ortak Dairesi'nce 30.05.2022 tarih ve 4111995570 karar sayılı ilamıyla dosyada hüküm kurulduğunun ve bu hükümlerin kesinleştiğinin Suudi Arabistan Krallığı Başsavcılığı'nın 31/05/2022 tarihli ve 114955/S sayılı yazıları ile İstanbul 11. Ağır Ceza Mahkemesi'ne bildirilmesi üzerine,

İstanbul 11. Ağır Ceza Mahkemesi'nce dosya ele alınarak 17.06.2022 tarihli ek kararı ile sanıklar hakkında açılan kamu davalarının 6706 Sayılı Yasanın 24/4. maddesi delaletiyle CMK'nın 223/8 maddesi gereğince düşmesine karar verildiği anlaşılmakla;

İncelenen tüm dosya kapsamına göre ilk derece Mahkemesinin verdiği 17.06.2022 tarihli ek kararda usul ve yasaya aykırılığın bulunmadığı, usuli işlemlerde herhangi bir eksikliğin olmadığı ve kurulan hükümde herhangi bir isabetsizliğin bulunmadığı anlaşılmakla, katılan vekilinin ilk derece mahkemesince verilen ek kararın usul ve yasaya aykırı olduğuna ilişkin istinaf nedenleri yerinde görülmediğinden 5271 Sayılı CMK'nın 276/2 maddesi gereğince 17.06.2022 tarihli ek karara yönelik katılan vekilinin **İSTİNAF BAŞVURUSUNUN ESASTAN REDDİNE,**

CMK'nın 286/2-h maddesi gereğince **KESİN** olarak **08.09.2022** tarihinde oybirliğiyle karar verildi.

|  |  |  |
|:---:|:---:|:---:|
| **BAŞKAN 107606** | **ÜYE 108875** | **ÜYE119125** |
| **M. ÖZER** | **A.MAHNAOĞLU** | **M.OKAN YÜZER** |
| *e-imzalıdır.* | *e-imzalıdır.* | *e-imzalıdır.* |

*Karşılaştırıldı.*
*Y.İşl. Müd.*
*U.K*

3