KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 5, 2022

*Via ECF*

The Honorable John D. Bates
U.S. District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

    Re:    *Cengiz et al. v. Bin Salman et al.*, Case No. 1:20-cv-03009-JDB

Dear Judge Bates,

    Pursuant to the Court's October 3, 2022 Minute Order, the parties file this joint statement expressing their view that the motions hearing currently scheduled for November 2, 2022 should be postponed to a date after the November 17, 2022 deadline for the United States to file a statement of interest. The parties propose to file their responses within 2 weeks, by December 1, 2022. Should the Court decide to reschedule the motions hearing, the parties propose December 14, 15, or 16, 2022.

    Respectfully submitted,

/s/ *Michael K. Kellogg*

Michael K. Kellogg
*Counsel for Mohammed bin Salman bin Abdulaziz Al Saud*

/s/ *Barry J. Pollack*

Barry J. Pollack
*Counsel for Saud Al Qahtani & Ahmed Al Assiri*

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

The Honorable John D. Bates
October 5, 2022
Page 2

/s/ *Keith M. Harper*

Keith M. Harper
*Counsel for Hatice Cengiz & Democracy for the Arab World Now, Inc.*

cc:    All Counsel of Record (via ECF)