IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HATICE CENGIZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MOHAMMED BIN SALMAN, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-03009 |

**PLAINTIFFS' STATUS REPORT AND NOTICE DISMISSING REMAINING
DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**

Plaintiffs Hatice Cengiz and Democracy for the Arab World Now, Inc. ("Plaintiffs") respectfully submit this status report and motion to dismiss the remaining defendants without prejudice in response to the Court's minute order of December 12, 2022 ("Minute Order").

Plaintiffs have conferred with counsel for the defendants who made appearances in this action, and they take no position on this motion.

## BACKGROUND

Plaintiffs filed this action on October 20, 2020, seeking to hold accountable twenty-five named foreign defendants and four John Doe defendants who planned and participated in the murder of Jamal Khashoggi. Corrected Compl., ECF No. 2-1. Plaintiffs were able to serve Defendants Mohammed bin Salman ("MBS"), Ahmed Al-Assiri, Saud Al-Qahtani, Turki Alsehri, and Ahmed Muzaini. Of these five, only MBS, Al-Assiri, and Al-Qahtani made appearances in

1

this court. *See* Dkt. 11, 14-16, 20. Plaintiffs were not able to serve the remaining twenty named defendants.[1]

On December 6, 2022, the Court granted the motion to dismiss filed by Defendant Mohammed bin Salman and the motion to dismiss filed by Defendants Saud al-Qahtani and Ahmed al-Assiri, Dkt. 56, 57. The Court issued the Minute Order on December 12, 2022 requiring the parties to "file a status report informing the Court of the status of plaintiffs' claims against the remaining defendants, including whether each defendant has been served, as well as proposed next steps, by not later than December 21, 2022."

## ARGUMENT

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss their action without a court order (A) if the plaintiff files the notice of dismissal before the opposing party serves an answer or a motion for summary judgment, or (B) if all parties sign a stipulation of dismissal. If neither of these circumstances apply, a party may move for dismissal under Rule 41(a)(2). Dismissals under 41(a)(1) and 41(a)(2) generally are without prejudice.

Because none of the remaining defendants has "serve[d] an answer or a motion for summary judgment"—indeed, none of them have so much as made an appearance in this Court— Plaintiffs hereby dismiss them without prejudice. *See Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 44 n.7 (D.D.C. 2010) ("In the present case, none of the defendants the plaintiff purports to dismiss has filed an answer or motion for summary judgment. Therefore, the plaintiff properly dismissed his claims against these defendants pursuant to Rule 41(a)(1)(A)(i).").

---

[1] The remaining defendants are Maher Abdulaziz Mutreb, Salah Tubaigy, Mohammad Ol-Ataibi, Mohamed Alquari, Mansour Abahussain, Naif Alarifi, Fahad Albalawi, Mohammad Alzahrahni, Thaar Alharbi, Abdulaziz Alhawsawi, Mustafa Alamdani, Badr Alotaibi, Saif Alqahtani, Waleed Alsehri, Khalid Alotaibi, Ahmad Al-Junabi, Khaled Al-Zharani, Ahmed Muzaini, Abdulaziz Al-Gumizi, and Ekrem Sultan.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully dismiss the remaining defendants without prejudice under Rule 41(a)(1).

Dated: December 21, 2022

Respectfully submitted,

/s/ *Keith M. Harper*
Keith M. Harper (D.C. Bar 451956)
Adam G. Unikowsky (D.C. Bar 989053)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6045

*Counsel for Plaintiffs Hatice Cengiz and Democracy for the Arab World Now, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk using the CM/ECF filing system, which sent notice of filing to all counsel of record.

/s/ *Keith M. Harper*
Keith M. Harper (D.C. Bar 451956)

*Counsel for Plaintiffs Hatice Cengiz and Democracy for the Arab World Now, Inc.*